**Jack J. ISSA, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

No. 10–1451.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 24, 2010.

Filed: Sept. 1, 2010.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

In this tax-deficiency action, Jack Issa appeals the tax court's [1] adverse grant of summary judgment and denial of his motion under Tax Court Rule 161 to vacate the summary judgment decision. Issa has also filed two motions requesting declaratory and injunctive relief, in which he asserts among other things that the IRS is not a government agency.

After careful de novo review, *see Nestle Purina Petcare Co. v. Comm'r*, 594 F.3d 968, 970 (8th Cir.2010), *petition for cert. filed*, 78 U.S.L.W. 3653 (U.S. Apr. 30, 2010) (No. 09–1339), we conclude that the grant of summary judgment was proper for the reasons stated by the tax court. We also conclude that the tax court did not err in denying Issa's motion to vacate. *See Estate of Quick v. Comm'r*, 110 T.C. 440, 441, 1998 WL 341635 (1998) (describing limited purpose of reconsideration under Rule 161).

As to the pending motions, we lack jurisdiction to issue a declaratory judgment, *see* 28 U.S.C. § 2201(a), and we reject as frivolous Issa's assertion that the IRS is not a government agency.

Accordingly, we deny the pending motions, and we affirm the tax court's decision. *See* 8th Cir. R. 47B.

---

1. The Honorable Maurice B. Foley, United States Tax Court Judge.